COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Cause number:     01-14-00193-CV

Style:     Fertitta Hospitality, LLC, Appellant/Cross-Appellee

**v** Brandon A. Backe, Joseph P. Belluomini, Shannon Belluomini, Chris Cornwell, Matthew L. Goodson, Michael R. McMillan, Daniel Cole O'Balle, Gilbert E. O'Balle, Jr., Justin Packard, Calvin Silva, Aaron Trevino and Charles Young, Appellees/Cross-Appellants

The parties are **ordered** to file supplemental briefing addressing whether this Court has jurisdiction over their appeals. *See* TEX. CIV. PRAC. & REM. CODE ANN. 51.014(d); TEX. R. APP. P. 28.2. The briefing, if any, must be filed in the Court by **July 15, 2014**.

Judge's signature:  /s/ Jane Bland
                                   Acting individually

Date:  July 1, 2014